1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

FILED

APR 28 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-CR-0091 MCE |
| Plaintiff, | |
| v. | ORDER TO SEAL |
| JOHN STUART HILL, | (UNDER SEAL) |
| Defendant. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Matthew G. Morris to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: 4/28/2016

_____
CAROLYN K. DELANEY
United States Magistrate Judge

Petition to Seal Indictment and
[Proposed] Order

3