PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
TEL: (916) 554-2700
FAX: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN STUART HILL, <br><br> Defendant. | CASE NO. 2:16-CR-00091-MCE <br><br> APPLICATION AND ORDER FOR MONEY JUDGMENT |

On September 29, 2016, defendant John Stuart Hill entered a guilty plea to Count Seven – Wire Fraud in violation of 18 U.S.C. § 1343, and Count 9 – Mail Fraud in violation of 18 U.S.C. § 1341 of the Indictment.

As part of his plea agreement with the United States, defendant John Stuart Hill agreed to forfeit voluntarily and immediately up to $1,385,000.00, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of violations of 18 U.S.C. §§ 1341 and 1343, to which he has pled guilty.  See Defendant Hill's Plea Agreement ¶ II.F.  Plaintiff hereby applies for entry of a money judgment as follows:

1. Pursuant to 18 U.S.C. §§ 981(a)(1)(C) and (a)(2)(A), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant John Stuart Hill in the amount of $1,385,000.00.

2. The above-referenced personal forfeiture money judgment is imposed based on defendant John Stuart Hill's conviction for violating 18 U.S.C. § 1343 (Count Seven) and 18 U.S.C. § 134 (Count Nine). Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offense of conviction. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the Department of Treasury, and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the Department of Treasury, in its secure custody and control.

DATED: 10/14/2016

PHILLIP A. TALBERT
Acting United States Attorney

 /s/ Matthew G. Morris
MATTHEW G. MORRIS
Assistant U.S. Attorney

**O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant John Stuart Hill in the amount of $1,385,000.00. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the Department of Treasury, in its secure custody and control.

IT IS SO ORDERED.

Dated: October 19, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE